EUGENE L. BUSHE, Individually and as Executor of FREDERICK BEDFORD, Deceased, et al., Respondents, *v.* MARY E. WRIGHT et al., Respondents, and FREDERICK D. WELLS, as Administrator of GUNNING S. BEDFORD, 3D, Deceased, and Executor of HELEN M. BEDFORD, Deceased, Appellant.

*Bushe* v. *Wright*, 118 App. Div. 320, affirmed.
(Argued February 23, 1909; decided March 16, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 29, 1907, affirming a judgment entered upon the report of a referee in an action to procure a final judicial settlement of the accounts of the executor and trustees of Frederick Bedford, deceased.

*O. J. Wells* for appellant.

*Franklin W. M. Cutcheon, Frederic R. Coudert, Tompkins McIlvaine, Howard Thayer Kingsbury* and *Augustine L. Humes* for respondents.

Judgment affirmed, with one bill of costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.